IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BERNADETTE GONZALES,

        Plaintiff,

v.                                       No. CV 18-535 CG

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

        Defendant.

## ORDER SETTING BRIEFING SCHEDULE

**THIS MATTER** is before the Court for scheduling. **IT IS HEREBY ORDERED** that**:**

(1)     Plaintiff shall file a Motion to Reverse or Remand Administrative Agency with Supporting Memorandum on or before **November 16, 2018;**

(2)     Defendant shall file a Response on or before **January 15, 2019;**

(3)     Plaintiff may file a Reply on or before **January 29, 2019;**

(4)     All supporting memoranda filed pursuant to this Order shall cite **ONLY** the relevant portions of the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5)     **All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court.** If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order to the Court for approval.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE