# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BERNADETTE GONZALES,

    Plaintiff,

v.                                        CV No. 18-535 CG

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

    Defendant.

## ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to Extend Briefing Deadlines*, (Doc. 17), filed December 10, 2018. The Court, noting that the Motion is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision on or before **December 21, 2018**;
2. Defendant shall file a Response on or before **February 19, 2019**; and
3. Plaintiff may file a Reply on or before **March 5, 2019**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE