## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

BERNADETTE GONZALES,

    Plaintiff,

v.                                                                     No. CV 18-535 CG

NANCY A. BERRYHILL,
Acting Commissioner for
Social Security Administration,

    Defendant.

## **FINAL JUDGMENT**

Pursuant to the Court's *Order Granting Defendant's Unopposed Motion to Reverse and Remand*, (Doc. 22), the Court enters this Judgment under Rule 58 of the Federal Rules of Civil Procedure **REMANDING** this case to the Commissioner of the Social Security Administration for further administrative action.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE